UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>MOEROYK, et al.,<br><br>      Defendants. | 1:04-CV-5123-AWI-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #15) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 13, 2005, plaintiff filed a motion to extend time to file objections to the Magistrate Judge's Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his Objections to Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   February 7, 2006**           /s/ Lawrence J. O'Neill
b6edp0                                 UNITED STATES MAGISTRATE JUDGE