1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10          EASTERN DISTRICT OF CALIFORNIA

11

12   LOUIS RICHARD FRESQUEZ,          )          1:04-CV-5123-AWI-LJO-P
                                      )
13          Plaintiff,                )          ORDER GRANTING EXTENSION OF
                                      )          TIME TO FILE OBJECTIONS TO
14       v.                           )          FINDINGS AND RECOMMENDATIONS
                                      )
15   MOEROYK, et al.,                 )          (DOCUMENT #17)
                                      )
16                                    )
            Defendants.               )
17   _____)

18          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Ion

19   November 16, 2005, the Court issued Findings and Recommendations to dismiss the action.  Plaintiff

20   was granted thirty days in which to formulate Objections, however, he requested an extension of time

21   stating that he was on "lockdown" status.  The Court granted the extension of time on February 7, 2006,

22   over a month later.  However, on February 28, 2006, Plaintiff stated that he needed more time because

23   the Court inadvertently sent the Order granting Plaintiff's time to Avenal State Prison.  Even with this

24   error, however, Plaintiff has had ample time to formulate his Objections.  Plaintiff is forewarned that

25   the Court will not delay this case further on the basis of lockdowns and limited law library access.  Such

26   circumstances are always present when confined to a prison institution and as such, do not constitute

27   "good cause."

28          Accordingly, IT IS HEREBY ORDERED that:

1      Plaintiff's Motion filed on February 28, 2006, is granted and the Objections are DUE within

2  THIRTY days from the date of service of this order.

3      **No further extension will be granted but upon a showing of extremely good cause.**

4  IT IS SO ORDERED.

5  **Dated:   March 14, 2006**           **/s/ Lawrence J. O'Neill**
    b6edp0                  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28