# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Lt. MOEROYK; et al.,<br><br>Defendants - Appellees. | No. 06-17273<br>D.C. No. CV-04-05123-AWI/LJO<br><br>**ORDER**<br><br>**FILED**<br>JAN 1 8 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

This appeal has been taken in good faith     [✓]

This appeal is not taken in good faith        [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: _1-16-07_