# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>         Plaintiff,<br><br>   v.<br><br>MOEROYK, et al.,<br><br>         Defendants.<br>_____/ | 1:04-cv-05123-AWI-GSA-PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

   Louis Richard Fresquez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action alleging prison officials violated the Americans with Disabilities Act and the Rehabilitation Act.  Plaintiff filed this action on March 11, 2003, in the Northern District of California.  On March 18, 2003, plaintiff filed an amended complaint.  The case was subsequently transferred to this Court and received on January 20, 2004.

   On May 30, 2006, the court dismissed this action, based on plaintiff's failure to state a claim.  (Doc. 20.)  On November 17, 2006, plaintiff filed a notice of appeal to the Ninth Circuit.  (Doc. 26.)  On August 4, 2008, the Ninth Circuit affirmed the district court's dismissal pursuant to Heck v. Humphrey, but reversed the dismissal as to plaintiff's ADA and RA claims concerning conditions of confinement.  (Doc. 37 at 2.)  Plaintiff  requests injunctive relief.[1]

---

[1] Plaintiff requests a method for deaf inmates to communicate with guards and for deaf inmates to be told what is announced over the prison's P.A. system.

1

1    On October 14, 2008, the District Judge referred the remaining portion of plaintiff's complaint to the undersigned, for service and further proceedings. Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   LIEUTENANT MOEROYK

   MAKA

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed March 18, 2003.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summonses;

   b. One completed USM-285 form for each of the above-named defendants; and

   c. Three (3) copies of the endorsed amended complaint filed March 18, 2003 (See Doc. 1).

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **June 23, 2009**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE