# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ, | 1:04-cv-05123-AWI-GSA-PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT MOERDYK SHOULD NOT BE DISMISSED FROM THIS ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE |
| v. | |
| MOEROYK, et al., | |
| Defendants. | THIRTY DAY DEADLINE |

Louis Richard Fresquez ("Plaintiff") is a prisoner proceeding pro se in this civil rights action alleging prison officials violated the Americans with Disabilities Act ("ADA") and the Rehabilitation Act ("RA"). Plaintiff filed this action on March 11, 2003 in the Northern District of California. The case now proceeds on Plaintiff's amended complaint filed on March 18, 2003, against defendants Maka and Moeroyk ("Defendants"), on Plaintiffs ADA and RA claims concerning conditions of confinement.

I.  BACKGROUND

On April 27, 2010, the Court issued an order directing the United States Marshal to serve process in this action upon Defendants Maka and Moeroyk. (Doc. 52.) On June 16, 2010, a Waiver of Service signed by Defendant Pieter L. Moerdyk[1] on May 7, 2010 was filed with the

---

[1] On the Waiver of Service, beneath Defendant's signature, his last name was spelled Moerdyk. (Doc. 58.)

1

1  Court, giving Defendant Moerdyk sixty days from May 5, 2010, in which to file an answer or
2  motion under Rule 12 in response to Plaintiff's complaint.[2]  (Doc. 58.)  More than ninety days
3  have passed, and Defendant Moerdyk has not filed an answer, a motion under Rule 12, or any
4  other response to Plaintiff's complaint.  (See Court Docket.)  Plaintiff has not filed any
5  documents in this action since March 23, 2010.  (Id.)

**II.     ORDER TO SHOW CAUSE**

Within thirty days from the date of service of this order, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff shall show cause why Defendant Moerydk should not be dismissed from this action for Plaintiff's failure to prosecute against him.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response to the court, showing cause why Defendant Moerydk should not be dismissed from this action for Plaintiff's failure to prosecute against him; and
2. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 22, 2010**                            /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Defendant Maka has not been served with process in this action.  On May 7, 2010, the United States Marshal filed a Return of Service unexecuted as to Defendant Maka, with notice that more information is needed to identify this defendant before service can be executed.  (Doc. 57.)