UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ, ) | 1:04-cv-05123-AWI-GSA-PC |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION |
| ) | FOR STAY |
| vs. ) | (Doc. 68.) |
| ) | |
| MOEROYK, et al., ) | ORDER GRANTING EXTENSION OF |
| ) | TIME TO PROVIDE INFORMATION TO |
| ) | ENABLE SERVICE OF PROCESS UPON |
| Defendants. ) | DEFENDANT MATA |
| ) | |
| ) | SIXTY DAY DEADLINE |
| ) | |
| _____ ) | |

Louis Richard Fresquez ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 11, 2003, in the United States District Court for the Northern District of California. This action now proceeds with Plaintiff's amended complaint filed March 18, 2003, against Correctional Officer J. R. Mata and Lieutenant Pieter L. Moerdyk, on Plaintiff's Ada and RA claims concerning conditions of confinement. On November 29, 2010, Plaintiff filed a motion to stay this action. (Doc. 68.)

Plaintiff requests a stay of all further proceedings in this action to allow him additional time to locate defendant J. R Mata for purposes of service of process, pursuant to the Court's order of September 8, 2010. The Court does not lightly stay litigation, due to the possibility of prejudice to defendants. In

1

the alternative, good cause appearing, Plaintiff shall be granted a sixty-day extension of time to respond to the Court's order. Should Plaintiff require a further extension of time, he should file a motion before the current deadline expires.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay this action, filed on November 29, 2010, is DENIED;
2. Good cause appearing, Plaintiff is GRANTED an extension of time to respond to the Court's order of September 8, 2010; and
3. Within sixty days of the date of service of this order, Plaintiff shall provide information to enable service of process upon defendant Mata, pursuant to the Court's order of September 8, 2010.

IT IS SO ORDERED.

Dated:   **December 1, 2010**            **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2