IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>MOEROYK, et al.,<br><br>           Defendants. | 1:04-cv-05123-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF JANUARY 27, 2011<br>(Doc. 71.) |

Louis Richard Fresquez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 27, 2011, findings and a recommendation were entered, recommending that Plaintiff's motion for default judgment filed on October 12, 2010 be denied without prejudice, based on Plaintiff's failure to comply with the Court's order requiring him to supply further information in support of the motion. (Doc. 71.) On February 3, 2011, Plaintiff filed a declaration in support of the motion for default judgment. (Doc. 72.) Due to Plaintiff's response, the Court finds good cause to vacate the findings and recommendation.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation entered on January 27, 2011, are VACATED.

IT IS SO ORDERED.

Dated:  February 24, 2011                /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE